# GVS International

Pre-Employment Screening & Professional Background Checks

gvsinternational.com

---

3/23 Now calling Marsh & McLennan Companies at 212-345-5000. Called and receptionist Betty answered and forwarded me to Sarah Kurek's voicemail. Did not leave a message.
3/15 Now calling Marsh & McLennan Companies at 212-345-5000. Called and receptionist Betty answered and forwarded me to Sarah Kurek's voicemail. Did leave a message.
3/13 Now calling Marsh & McLennan Companies at 212-345-5000. Called and receptionist Betty answered and forwarded me to Sarah Kurek's voicemail. Did leave a message.
3/07 Called according to our process and receptionist answered but she is no longer with Guy Carpenter here. Emailed client.
3/06 Now calling Sarah Kurek.
3/06 Called for HR (not Sarah Kurek) and receptionist answered and forwarded me to HR. Spoke with Joslyn who said I would have to call the Service Center at 866-374-2662. Called this number. I spoke with Joslyn in HR and she said I have to call the Service Center at 866-374-2662. The automated system says to press 8 then 1 and I spoke with Sarah Morrissey, Participant Services Representative who referred me to The Work Number a third party company that verifies dates and title. I must have a full ss# to access your information. Company code: 10799.

Sarah Kurek would not return my call.

TONE OF VOICE seemed:
Professional
Polite

Should you need legal counsel:
Attorneys specializing in wrongful discharge:
National Employment Lawyers Association
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Phone: (415) 296-7629
Fax: (415) 677-9445
www.nela.org

# Mani Guruswamy

Hi Mani,

You are confirmed to come into our Warren, NJ offices on **Friday, March 9th at 1:00pm** to meet with the following Knowledgent team members:

11:15 – John D'Urso – Managing Partner – Client Delivery
12:00 - Bob Caggiano – Managing Partner – Resource Management and Operations

Our office is located at 3 Mountain View Road, Warren, NJ. Upon arrival, please go to the front desk with a picture ID and request to be sent up to the 2nd floor for Knowledgent Group Inc. You will see a phone outside of the Knowledgent doorway, please dial 4201 and our receptionist will greet you and introduce you to John. If you have any questions please feel free to reach out to me.

**David E. Klein**
Partner, Technology Recruitment
Executive Search & Staffing Solutions
**KDS Staffing, Inc.**
Office 201-500-7042 | Cell 917-297-0707
david@kdsstaffing.com | www.kdsstaffing.com

Follow KDS Staffing on Twitter to get current job offerings – http://twitter.com/KDSstaffing
Need help with writing your Resume & Cover Letter? GO to www.kdsstaffing.com
Connect with me on LinkedIn: http://www.linkedin.com/in/kdsstaffing

*EXHIBIT-D*
*Attachment 2*

Print Out Order Form

√ 2nd Mail Reg.
8-20-07
3rd Mail Reg
9-27-07 (Page 1 of 2)

D̲R̲C̲

Name MANI GURUSWAMY    Soc. Sec. Number 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
(DEIVASIGAMANI)
Address 136 Elm Street,

City Cresskill                      State NJ  Zip 07626.

Phone (201) 541-7596    Bus. Phone 201-233-8490

I hereby authorize Documented Reference Check (DRC), as an independent, third party, to conduct a reference check on the below information. I also authorize DRC to subcontract this Application For Reference Check out to other affiliates. The resulting document will become an official record kept in the normal course of business.

I understand I have a responsibility to protect my own interests, and DRC is a company qualified to conduct reference checks, but must refer all legal questions to qualified attorneys.

I understand DRC has no vested interest in the outcome of the report. Further, I will allow DRC to proceed without interference, or special directives. I will allow a fair, voluntary response from the targets listed below. My signature indicates my acceptance of the terms on back of this form, and the above terms.

Client Signature X G. Deivasigamani          Date 06/12/07

EMPLOYER GUY CARPENTER (LIST PERSON(S) FOR US TO CONTACT Co. AND THEIR DIRECT LINE (IF AVAILABLE)
(MARSH & MCLENNAN Co.)

ADDRESS                          √ GUY CARPENTER HR
121 RIVER STREET        1) ✗ (SARAH KUREK) Resources
                                          VP, Human
CITY/STATE                              WRITTEN
HOBOKEN / NJ            2)

TELEPHONE
201-284-5000            3)

TITLE Senior Architect        RATE OF PAY
AVP

Remit to: DRC, 23441 Golden Springs Dr. #465, Diamond Bar, CA 91765, U.S.A.
Enclose your payment (make payable to DRC) and enclose your employment resume.
Please sign Release Form on back.

*Referral #: DRC-03*



**Documented Reference Check**
Personnel Information Services

1174 S. Diamond Bar Blvd., Suite 243
Diamond Bar, California 91765
(909) 629-0517 Direct Line
(800) 742-3316 Order Desk
(909) 622-6677 Telecopier

# REFERENCE CHECK REPORT

SUBJECT: MANI GURUSWAMY

SS#: 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

COMPANY: GUY CARPENTER, INC.
121 RIVER STREET
HOBOKEN, NEW JERSEY
201-284-5000

DATES OF ATTEMPTED CONTACT: 7-8-07, 7-10-07, 7-19-07, 7-23-07 CONCLUDING ON 7-24-07.

COMMENTS: CONVERSATION BETWEEN SARAH KUREK AND ANITA SANCHEZ ON JULY 24, 2007 AT 2:44 P.M.:

ANITA SANCHEZ: PERSONNEL, THIS IS ANITA.
SARAH KUREK: ANITA? I WAS RETURNING YOUR CALL. THIS IS SARAH KUREK.
ANITA SANCHEZ: HELLO MS. KUREK. I'VE BEEN LOOKING FORWARD TO YOUR CALL. I HAVE A RESUME HERE FROM A FORMER EMPLOYEE OF YOURS.
SARAH KUREK: WELL, I WAS JUST FOLLOWING UP ON SOME MESSAGES THAT YOU LEFT. I'M ON MATERNITY LEAVE AT THE MOMENT. WHO IS THE EMPLOYEE?
ANITA SANCHEZ: MANI GURUSWAMY. WHAT WAS HIS TITLE?
SARAH KUREK: WELL, YOU WOULD HAVE TO SUBMIT YOUR REQUEST IN WRITING. JUST SEND THAT TO OUR HUMAN RESOURCES DEPARTMENT.
ANITA SANCHEZ: YOU DON'T SOUND VERY ENTHUSIASTIC ABOUT MR. GURUSWAMY. IS THERE SOMETHING I SHOULD BE AWARE OF?
SARAH KUREK: THAT'S JUST OUR POLICY. IT APPLIES TO ALL EMPLOYEES.
ANITA SANCHEZ: WELL, THAT'S NOT EXACTLY AN ENTHUSIASTIC ENDORSEMENT. I WILL MOVE THIS ON TO THE NEXT STEP, UNLESS THERE IS SOMETHING FURTHER YOU COULD ADD?
SARAH KUREK: NO. IF YOU SEND US YOUR REQUEST, THAT WILL BE HANDLED IN OUR HUMAN RESOURCES DEPARTMENT. OKAY?
ANITA SANCHEZ: I WILL MAKE A NOTE OF OUR DISCUSSION AND I THANK YOU FOR YOUR TIME.
SARAH KUREK: OKAY, BYE.

NOTE: SARAH KUREK IS ON MATERNITY LEAVE FROM MAY 16, 2007 THROUGH SEPTEMBER 30, 2007.

CORRESPONDENCE: A WRITTEN QUESTIONNAIRE WAS SENT TO SARAH KUREK AND HUMAN RESOURCES. NO RESPONSE, HOWEVER, HAS BEEN RECEIVED TO DATE. ALL FUTURE CORRESPONDENCE WILL BE FORWARDED UPON RECEIPT.

ANITA SANCHEZ IS AN ASSOCIATE OF DOCUMENTED REFERENCE CHECK, RECEIVING CORRESPONDENCE AT 1174 S. DIAMOND BAR BLVD., DIAMOND BAR, CA 91765. I STATE UNDER PENALTY OF PERJURY THAT THE PRECEDING REFERENCE CHECK, AS STATED ABOVE, IS TRUE AND CORRECT. THIS IS A BUSINESS RECORD KEPT IN THE NORMAL COURSE OF BUSINESS.

TELEPHONE INTERVIEW BY: *Anita Sanchez*  7-24-07
ANITA SANCHEZ

REPORT REVIEWED BY: *Michael Rankin*  8-2-07
MICHAEL RANKIN

# Mani Guruswamy

| | |
|---|---|
| **From:** | Rakhsha Arora [rarora@computingconceptsinc.com] |
| **Sent:** | Tuesday, September 25, 2007 2:16 PM |
| **To:** | Mani Guruswamy |
| **Subject:** | RE: RE: Technical PM Position / Morgan Stanley |

Hi Mani.

I spoke to Mario and he does not have any additional details. Nash has indicated that they would look to hire in January.

*Regards,*
*Rakhsha*
*201-508-2137*

---

**From:** Mani Guruswamy [mailto:manigd@optonline.net]
**Sent:** Tuesday, September 25, 2007 11:19 AM
**To:** Rakhsha Arora
**Cc:** Matt Knepper
**Subject:** RE: RE: Technical PM Position / Morgan Stanley

Hi raksha,

I was trying to reach you today on some details. What time could we speak with Mario on the last update from Nash?

Thanks
Mani

> -----Original Message-----
> **From:** Mani Guruswamy [mailto:manigd@optonline.com]
> **Sent:** Monday, September 17, 2007 12:40 PM
> **To:** 'Rakhsha Arora'
> **Cc:** 'Matt Knepper'
> **Subject:** RE: RE: Technical PM Position / Morgan Stanley
>
> Hi raksha,
>
> I tried couple of times to reach you on phone. Last we spoke was on Wednesday about Nash's interest and my compensation that I was seeking.
> Any update from Morgan Stanley on the next steps and the compensation? Please let me know.
>
> Thanks
> Mani
>
> > -----Original Message-----
> > **From:** Mani Guruswamy [mailto:manigd@optonline.com]
> > **Sent:** Monday, September 10, 2007 6:13 PM
> > **To:** 'Matt Knepper'
> > **Subject:** RE: RE: Technical PM Position / Morgan Stanley
> >
> > Hi matt,
> >
> > Yes the interview went pretty well. I think my knowledge and experiences will be a good synergetic fit for the role and the group. I am excited about the contributions that I could make and also the prospect of working for a leading investment bank such as Morgan Stanley.

I had a positive sense of the interviews and hoping to hear the same soon. Please keep me posted.

Thanks
Mani


-----Original Message-----
**From:** Matt Knepper [mailto:mknepper@computingconceptsinc.com]
**Sent:** Monday, September 10, 2007 12:13 PM
**To:** manigd@optonline.net
**Subject:** RE: RE: Technical PM Position / Morgan Stanley

Hello Mani. I understand your second interview went quite well. I will try and get feedback within the next day or so. I hope you had a good weekend.

Regards,

Matthew Knepper

201-508-2120


**From:** manigd@optonline.net [mailto:manigd@optonline.net]
**Sent:** Wednesday, August 22, 2007 1:29 PM
**To:** Rakhsha Arora
**Cc:** Matt Knepper
**Subject:** Re: RE: Technical PM Position / Morgan Stanley

Hi Raksha,

Thanks and I did have a good vacation. I am back in NJ.
I am not available on August 27th but available on August 29th and August 28th.

Any update on interview details from Morgan? Please let me know.

Thanks
Mani


----- Original Message -----
From:
Date: Tuesday, August 14, 2007 6:56 pm
Subject: Re: RE: Technical PM Position / Morgan Stanley
To: Rakhsha Arora ,
Cc: Matt Knepper ,

> Hi Raksha,I am in Europe (in UK now) on vacation and would be
> reaching NJ on August 20 evening. Tentatively you could
> schedule on August 27 or August 28 @ 2PM. If we need to
> discuss, please email me your contact details so I could call
> you this week.ThanksMani----- Original Message -----From: Matt
> Knepper Date: Monday, August 13, 2007 2:00 pmSubject: RE:

> Technical PM Position / Morgan StanleyTo: Mani Guruswamy Cc:
> Rakhsha Arora > Good afternoon Mani, I hope you enjoyed your
> vacation. Morgan would> like to interview you for the position.
> I know you will have email> access starting tomorrow. If you
> could work out a time and date with> our executive coordinator
> Rakhsha for your interview, that would be> great. Take care.> >
> > > Regards,> > > > Matthew Knepper> > > > 201-508-2120> > > >
> _____ > > From: Mani Guruswamy [mailto:manigd@optonline.net] >
> Sent: Wednesday, August 01, 2007 10:44 AM> To: Matt Knepper>
> Subject: RE: Technical PM Position / Morgan Stanley> > > > Hi
> Matt,> > > > Ok. Also I think I might have mentioned to you,
> that I will be > away on> vacation from August 3 to August 20
> 2007. I will have access to email> only from August 14.> > > >
> Thanks> > Mani> > > > -----Original Message-----> From: Matt
> Knepper [mailto:mknepper@computingconceptsinc.com] > Sent:
> Wednesday, August 01, 2007 9:22 AM> To: Mani Guruswamy> Subject:
> RE: Technical PM Position / Morgan Stanley> > > > Good morning
> Mani. I should hear something by the end of the > week. The>
> hire manager for the position has just returned from vacation.
> > I will> contact you the moment I hear anything.> > > Regards,>
> > > > Matthew Knepper> > > > 201-508-2120> > > > _____ > >
> From: Mani Guruswamy [mailto:manigd@optonline.net] > Sent:
> Tuesday, July 31, 2007 4:07 PM> To: Matt Knepper> Subject: RE:
> Technical PM Position / Morgan Stanley> > > > Matt,> > > > Any
> update from Morgan Stanley?> > > > -----Original Message----->
> From: Matt Knepper [mailto:mknepper@computingconceptsinc.com] >
> Sent: Thursday, July 26, 2007 11:06 AM> To: Mani Guruswamy>
> Subject: RE: Technical PM Position / Morgan Stanley> > > Thank
> you for your time Mani. As per our conversation > yesterday, I>

The handwritten note in the left margin with arrow:

*Initial Posted Salary* ———→

> could submit you at $180k total compensation and ensure that you
> > get an> interview, and if Morgan liked you, they would
> consider > increasing your> total compensation. If this sounds
> copasetic to you, I will > submit your> resume to Morgan
> Stanley. Please advice.> > > > Regards,> > > > Matthew Knepper>
> > > > 201-508-2120> > > > _____ > > From: Mani Guruswamy
> [mailto:manigd@optonline.net] > Sent: Thursday, July 26, 2007
> 10:51 AM> To: Matt Knepper> Subject: RE: Technical PM Position /
> Morgan Stanley> > > > Hi Matt,> > > > We talked yesterday. My
> resume is attached. We will discuss soon.> > > > Thanks> >
> Mani> > > > -----Original Message-----> From: Matt Knepper
> [mailto:mknepper@computingconceptsinc.com] > Sent: Wednesday,
> July 25, 2007 1:41 PM> To: manigd@optonline.net> Subject:
> Technical PM Position / Morgan Stanley> > > > Good afternoon.
> My name is Matthew Knepper. I am an executive> recruiter for
> CCI. I came across your resume on Monster, and I > have a>
> position over at Morgan Stanley that I thought you might be
> interested> in. I have the position listed below for your
> review. If this > positioninterests you, please email me back
> or call me at 201-> 508-2120. Thanks> for your time, I look
> forwards to speaking with you.> > > > Position Description > >
> The Global Wealth Management Group is seeking a Technical

3

> Project> Manager with at least 5 years of hands-on management
> experience. The> candidate will be responsible for leading the
> development of web based> software projects for a number of
> critical applications. He/she should> have an ability to manage
> all phases of the software development> life-cycle. The position
> demands an individual who possesses the > abilityto manage
> multiple on-going projects, manage their > progress within
> tight> timeframes and be able to play a role of both Architect
> and Project> Manager. This individual will also work closely
> with the functional> managers and offshore leads to schedule the
> work of web > developers in> respective functional areas and
> assure that deliverables for the> projects he/she is involved
> with are met on schedule. > > > > Skills Required > > *
> Must have 3-5 years managing technical teams in a Java/J2EE>
> and/or C#/.net, environment > > * Must have 5+ years
> significant experience in software> development, with specific
> hands-on software development > experience in> Java/J2EE > > *
> Experience in a web services environment > > * A
> proven track record of delivering highly available systems> and
> quality software products or components > > * Experience
> at leading development life cycle process > and best> practices
> > > * Excellent written/verbal communication,
> presentation, and> listening skills > > * Experience in
> the creation of high level and low level design> models > > *
> Should be experienced in J2EE, EJB, Struts, JSB, JSP, JAVA>
> applets/servlets > > * Experience in technical Leadership
> (Architecture, Analysis,> Design, Testing strategies) > > *
> Experience in leading offshore development teams > > *
> BS with advanced degree preferred > > > > > > > > > >
> Regards,> > > > Matthew Knepper> > > > 201-508-2120> > > >
>

# EXHIBIT "A"

January 26, 2010

Mani Guruswamy, PMP
136 Elm Street
Cresskill NJ 07626

Email: manigd@optonline.com

Dear Mani:

On behalf of Project Management Solutions, Inc. (PM Solutions) I am pleased to formalize the details of temporary employment opportunities with PM Solutions.

PM Solutions is extending this offer of employment to you for the position of Consultant, based on the withholding requirements for the State of New Jersey and the United States government. Your hourly wage will be $100.00 per hour excluding travel time. As a temporary employee will receive no benefit from holidays, sick days, or other periods where no billable client work is performed, however you may participate in PM Solutions 401(k) and ESOP program based on standard eligibility requirements.

We are pleased that you have chosen to join our team of *"the best and the brightest"*. You are a positive addition to our firm and we hope that we can provide you with exciting, challenging and unique opportunities on a temporary employment basis.

This "Exhibit A" is part of our Temporary Employment Agreement, which is attached for your review and signature.

We certainly look forward to your association with PM Solutions, and trust it will be a mutually rewarding relationship.

Sincerely,

*Deborah Bigelow Crawford*

Deborah Bigelow Crawford, PMP
Executive Vice-President

Accepted by: _____
Date: _____
Date of Birth: _____
Social Security Number: _____

**IN WITNESS WHEREOF**, the parties hereto have executed this Employment Agreement on the date first set forth above.

**EMPLOYEE:**                                   **Project Management Solutions, Inc.**

_____                     _____
Mani Guruswamy, PMP                             Deborah Bigelow Crawford, PMP
                                                Executive Vice President

# TEMPORARY EMPLOYEE AGREEMENT

THIS AGREEMENT is made effective this January 26, 2010 by and between Mani Guruswamy an individual, of 136 Elm Street Cresskill, NJ·07626 (hereinafter referred to as "Employee"), and Project Management Solutions, Inc., an Ohio corporation, (hereinafter referred to as "Company").

## BACKGROUND INFORMATION

A.     The Company is an organization, which provides project management consulting services on a contract basis to businesses.

B.     Employee desires to enter into the employment of Company and Company desires to employ Employee, as hereinafter set forth.

## STATEMENT OF AGREEMENT

**NOW, THEREFORE**, in consideration of the foregoing and the mutual covenants set forth herein, it is agreed as follows:

1.     **Employee Capacity and Duties**
   a.     Commencing on a date agreeable to both parties, and continuing during the term of his/her employment, as hereinafter set forth, Employee shall be employed by the Company to serve in the capacity of Senior Consultant and for the performance of such services for the Company.
   b.     For purposes of designating the nature of the relationship between Employee and the Company, Employee shall be referred to as a "Temporary Employee." The duties and obligations of the Company and the benefits, which Employee is entitled, shall be limited to those expressed in this Agreement. The provisions of the Company's Employee Handbook shall not apply to Employee unless the Company otherwise notifies Employee in writing.
   c.     In performing those services as may from time to time be assigned to Employee by the Company, Employee shall devote his/her full time, skill, labor and attention to the affairs and business of the Company.
   d.     Employee shall be regarded as an employee of the Company for State law purposes.

2.     **Consideration**. The Company shall pay the Employee, as consideration for duties and services to be performed pursuant to Paragraph 1 and for the covenants and agreements of Employee hereinafter contained in this Agreement, wages per Exhibit "A" and made a part hereof, payable in periodic installments in accordance with Company's regular and customary payroll practices.

3.     **Term**. Subject to the termination provisions of Paragraph 5 below, the term of Employee's employment shall commence at the time assigned to him by the Company and shall continue until Employee completes to the satisfaction of the Company the duties and responsibilities assigned to Employee by the Company; provided, however, that the Company may assign additional duties and responsibilities to Employee, in which case, if Employee accepts such additional duties and responsibilities, the term of Employee's employment shall continue until Employee completes to the satisfaction of the Company such duties and responsibilities assigned to Employee by the Company.

1. Solicit or attempt to solicit any employee of the Company to leave the employment of the Company, or
2. Assist or attempt to assist any person, firm, or corporation, in any way to solicit any employee of the Company to leave the employment of the Company.

   d.   *Covenant of Non-Competition.* Commencing as of the date this Agreement and continuing for a period of twelve (12) months after termination of Employee's employment hereunder, Employee shall not, individually, on behalf of or in conjunction with any other person or entity (except on behalf of Company), directly or indirectly, solicit, sell to or perform the same or similar services as then provided by or available from the Company to the particular division, subsidiary, operating unit, etc., that the employee was working for at the time of termination. [Other divisions, subsidiaries, operating units, etc., from within the same customer of Company will be restricted for a period of six-months after termination of employment.] This covenant may be enforced by the company obtaining injunctive relief which remedy shall be nonexclusive. If this covenant is held to be too broad in any respect, then Employee agrees to be bound by a Court's determination of reasonable scope.

   e.   *Termination of Employment.* At such time as the employment relationship between Employee and the Company has terminated, Employee shall:
   1. Upon the request of the Company, promptly return to the Company or, at Company's option, destroy all Confidential Information (including all copies of documents, notes or materials made by Employee of at his direction); and
   2. Certify in writing to the Company that he/she has so complied.

7. **Continuity and Consideration.**
   a.   The covenants of Employee as contained in Paragraph 6 of this Agreement shall continue to be in force and effect and shall continue to bind Employee during all periods in which and after which Employee is employed by the Company.
   b.   Employee acknowledges and agrees that the granting of employment hereunder, the Company's agreement to employ Employee for the term set forth in Paragraph 3 and the other rights and benefits of Employee hereunder, are all and singularly valuable consideration which is sufficient for Employee's covenants and agreements set forth in Paragraph 6 hereof.

8. **Federal, State and Local Income Tax Withholding.**
   The Company shall withhold from the compensation of Employee such income, employment, social security or other taxes as federal, state and local law may require the Company to withhold from compensation paid to employees of the Company in general.

9. **Miscellaneous.**
   a.   This agreement shall not be cancelled or amended except by a writing signed by each party to this agreement.
   b.   This agreement is based upon the personal services of Employee and the rights and obligations of Employee shall not be assignable. Nothing in this agreement shall prohibit or impair the Company's right to assign all or any merger, consolidation, reorganization, sale of stock, sale of assets, change of name or similar arrangement involving the Company, and the Employee and the Company hereby consent to any such assignment.
   c.   This Agreement shall be conducted in accordance with Ohio law. The parties hereto agree that any action concerning this Agreement must be venued in Hamilton County, Ohio and the parties hereby consent to the jurisdiction on the courts in Hamilton County.
   d.   The invalidity of any provision or provisions of this Agreement shall not affect the other provisions, and this Agreement shall be constructed in all respects as if any invalid provisions were omitted.

4.    **Other Benefits.**  Unless Employee is otherwise notified in writing by the Company, Employee shall not be entitled to such rights, benefits and privileges, including group health, medical, dental, vision, and life insurance, pension or other retirement plan benefits or other fringe benefits or compensation programs, as the Company may from time to time adopt or prescribe with respect to that group or class of employees other than Temporary Employees. Employee shall not be entitled to any paid vacation time or paid sick days.  Employee shall be paid only for billable hours and at straight time. Travel and Expenses will be handled in accordance with the PM Solutions policy related thereto.

5.    **Termination of Employment.**  Employee's employment hereunder shall terminate in accordance with the following:
   a.   Death. This Agreement shall terminate upon Employee's death.
   b.   Cause.  The Company may terminate the period of employment hereunder for "Cause" at any time.  All obligations of the Company under this Agreement shall cease upon termination for "Cause."  For purposes hereof, "Cause" shall exist if Employee has breached any provision of this Agreement or violated any statutory or common law duty of law duty of loyalty to the Company or aided or abetted a competitor; or if Employee has engaged or is engaging in personal conduct which has or would (a) injure the reputation of the Company or (b) otherwise materially and adversely affect its interests or has failed to carry out or perform his duties in a reasonably satisfactory manner to the detriment of the Company.
   c.   Without Cause.  Company may terminate Employee's employment immediately upon a change in business conditions, where Employee's services are no longer required.
   d.   If the Employee is providing billable services on behalf of the Company per this agreement, Employee may terminate this agreement at any time by giving a fourteen - (14) day prior written notice to Company.
   e.   This contract shall terminate immediately by written notice from employee's physician if employee is unable for medical or health reasons.
   f.   Lack of Work.  This Agreement shall terminate if there is no work for employee.

6.    **Covenants of Employee.**
   a.   *Reasons for Covenants.*  Employee, during the term of his employment, will have access to and become familiar with, various trade secrets, confidential and proprietary information, data, plans and know how of the Company, heretofore known only to the Company, its employees and agents.  These trade secrets and confidential or proprietary information including without limitation, information relating to the Company's operations or the financial condition or results of its operations, its marketing or business strategies and plans, the names, addresses, case histories or specifications of any of its customers or prospective customers, the types of goods and services sold or proposed to be sold to any customers or prospective customers of the Company, the names, addresses, training, background or other information regarding any person who is or was an employee of the Company and other compilations of information, which are owned by Company and which are regularly used in the operation of the Business ("Confidential Information"), are the result of large amounts of time, effort and expense of the Company in developing such information and in recruiting and training such employees and are essential to the success of the Company. Consequently, Employee shall maintain Confidential Information on a confidential basis.
   b.   *Covenant of Non-Disclosure.*  Employee shall:
      1.   Not, during and after his/her employment hereunder, use or disclose any confidential information for his/her own or anyone else's purposes other than in connection with his/her regular activities for or on behalf of the Company.
      2.   Take such steps to protect the confidentiality of Confidential Information as required by Company policy and procedures and such additional steps as would be taken by a reasonable prudent person to protect confidential materials.
   c.   *Covenant of Non-Solicitation.*  Employee shall not, directly or indirectly, at any time during his employment with the Company and for twelve (12) months after termination of such employment:

# FAMILY AND MEDICAL LEAVE
## RETURN TO WORK MEDICAL CERTIFICATION FORM

*please type or print*

**PART TO BE COMPLETED BY EMPLOYEE**

| | |
|---|---|
| 1. Name of employee<br><br>*DEIVASIGAMANI     GURUSWAMY*<br><br>———————————————<br>(first)      (intl.)      (last) | 2. Employee's position<br><br>*AVP* |
| 3. Date leave begins<br>*08/23/04* | 4. Date of planned return to work<br>*09/21/04 (at office)* |

5. Signature of employee

Signed: *G. Deivasigamani*    Dated: *09/21/04*

**PART TO BE COMPLETED BY THE HEALTH CARE PROVIDER**

6. I certify that on *09/21/04* , *DEIVASIGAMANI GURUSWAMY* is able to resume performing the
   (date)                    (name of employee)
functions of his/her position with or without reasonable accommodation. (Please specify
accommodation)

Signed: *[signature]*    Dated: *9/23/04*

7. Health care provider's name, address & telephone number

8. Type of practice (field of specialty, if any)

**PART TO BE COMPLETED BY THE COMPANY**

Company Remarks:

THIS FORM SHOULD BE DELIVERED OR MAILED TO:

Marsh, Inc.
Waterfront Corp Center
121 River Street, 8th Fl.
Hoboken, NJ 07030
Or fax to
201-356-8949

Attn: Amy Carlin



**CONCENTRA**
INTEGRATED SERVICES, INC.

400 SOUTH HIGHWAY 169, SUITE 200
ST. LOUIS PARK, MN 55426
PHONE: 800-645-9404
FAX: 952-544-9995

September 02, 2004

Employee Name: Deivasigam Guruswamy
Reference #: 1025515

Dear Employee:

Integrated Choice provides disability management services for your employer. Our role as a disability management company is to coordinate and facilitate a reasonable and timely return to work based on the information provided to us by your treating physician and your employer.

Based on our review, we recommend the following transitional/modified hours:

| Effective Date | Through Date | Hours per Week | Days per Week |
|---|---|---|---|
| 09/01/2004 | 09/20/2004 | 40 | 5 |

If you have any questions or experience any unexpected changes in your condition, or if you and your provider disagree with this recommendation, please call me at (800)645-9404 ext. 3394.

Our recommendations are not guarantees that benefits are or are not payable by the claims administrator. The payment of benefits is subject to the claims administrator's determination of eligibility and benefit coverage.

Sincerely,

Lisa Jacobs, LPN
Case Coordinator

cc:
Amy Carlin

**Neal Brandi**

09/01/2004 09:17 AM

To: Deivasigamani Guruswamy/NYC/GUYCARP@GUYCARP
cc: Arthur L Fuege/NYC/GUYCARP@GUYCARP
Subject: Re: GC Security Architecture

Hello Mani,

I am very glad to see you are feeling better and wish you a speedy full recovery!

Thank you for the update to the presentation. Here are my thoughts on how we can move forward:

1. The first thing that really jumped out was the extended time line - i.e. it would be 2006 before delivery of tangible working infrastructure. I am impressed with the detailed approach you have suggested, however, this path will require just much time before we demonstrate value. We need to build confidence and buy in across the organization and a series of relatively short duration projects
2. My core suggestion is to take a project focused approach as opposed to a GC platform approach. For each project we address we would meet the security demands using the IBM tools and architecture you have presented.
3. So here is the chicken and egg issue - how to we build out a security mechanism without requirements? Here I suggest we take limit the security build out to those of a specific project. We each project we continually assess what we have built and adapt as necessary.

In order to be able to execute on this approach we need to be pro-active. Here are some suggested I suggest Some action items for consideration:

1. Develop Project Portfolio - Arthur and I could construct a list of projects being considered for the new technology platform and write a short profile of each - purpose, key objectives, time line, technologies
2. Develop Security Requirements Template - Mani, is it possible for you to construct a general set of security requirements questions? Each question would directly correlate to a design decision or a TAM implementation option. This would do two things - focus / scope our security discussions with the development team and business customer and secondly, accelerate mapping to a standard design template
3. Develop Security Macro Design Template - A second major place where we could be pro-active is to develop one or more standard designs for security on a J2EE platform. For example, we know we will be using TAM, we know we will be using Portal Server, WAS and Server Foundation. These products support security in standard ways. We should be able to identify types of resources each controls (i.e. servlet, JSP, portlet, EJB, topic or queue) and define how access will be filtered for each.

Please let me know your thoughts on these points or any suggestions you have. Our goal is to become productive much faster and deliver within the context of immediate projects.

You have begun with an outstanding piece of work. I believe it is critical for us to deliver much sooner. So the question is - how can we do that?

Hope to see you soon.

Neal

# Employment Application



GUY CARPENTER

Guy Carpenter & Company, Inc. is an Equal Opportunity Employer and does not discriminate on the basis of race, color, creed, national origin, ancestry, religion, age, citizenship, sex, marital or veteran status, disability or handicap, sexual orientation or any other basis prohibited by applicable law. Guy Carpenter & Company, Inc. also takes affirmative action to employ, and advance in employment, qualified women, minorities and covered veterans. Guy Carpenter & Company, Inc. also makes reasonable accommodations for qualified individuals with disabilities, in accordance with the Americans With Disabilities Act and applicable state laws.

| P E R S O N A L | Last Name<br>GURUSWAMY | First Name<br>DEIVASIGAMANI | Middle Initial | Social Security Number |
|---|---|---|---|---|
| | Present Address<br>136 Elm Street | City<br>Cresskill | State  Zip<br>NJ     07626 | Telephone # with Area Code<br>2 0 1 - 5 4 1 - 7 5 9 6 |
| | Home Email Address<br>manigd@optonline.com | | | Work Phone # with Area Code<br>2 0 1 - 2 3 3 - 8 4 9 0 |
| | Position Desired<br>Sr Systems Architect | ☒full-time<br>☐ part-time | Salary Desired | Willing to Travel ? ☒ Yes ☐ No |

Are you at least 18 years or older? ☒ Yes ☐ No  If not, will you be able to obtain the necessary working papers? ☐ Yes ☐ No

Are you either a U.S. Citizen or do you currently have unrestricted authorization to work for any employer in the U.S.? ☒ Yes ☐ No

List current or most recent employer first. Please note that base salary does not include bonus, commission, benefits, overtime, or other salary incentives. Identify all periods of time during which you were employed or attending school (e.g., military service). Please account for your entire employment history (including volunteer positions). Attach additional sheets of paper, if necessary.

| E M P L O Y M E N T | | | | |
|---|---|---|---|---|
| 1 | Name of Employer<br>Ricoh | Address<br>180 Passaic Ave West Caldwell, NJ | HIRE DATE Feb 2004 | |
| | Your Position<br>Sr EAI Architect(Consulting) | Description of Duties<br>EAI Architecture, requirements, Solutions evaluation,<br>Design, build, delivery ,operations architecture | DATE LEFT | |
| | | | STARTING BASE SALARY<br>$90/hr | |
| | Supervisor's Name & Title<br>Lou Castoldo, PM | Supervisor's Telephone Number<br>973-882-2189 | CURRENT/LAST BASE SALARY | |
| | Reason for Leaving   Project Complete | | OVERTIME/BONUS/COMMISSION/ETC | |
| 2 | Name of Employer<br>T_Mobile | Address<br>Atlanta | HIRE DATE Aug 2003 | |
| | Your Position<br>Sr Tibco Architect/Developer<br>(Consulting) | Description of Duties<br>CRM-EAI-ERP Architecture, Design Evaluations,<br>Solutions, Integration, Development | DATE LEFT Dec 2003 | |
| | | | STARTING BASE SALARY<br>$85/hour | |
| | Supervisor's Name & Title<br>Rama Yamanaru, PM | Supervisor's Telephone Number<br>770-512-3729 | CURRENT/LAST BASE SALARY | |
| | Reason for Leaving<br>Project Complete | | OVERTIME/BONUS/COMMISSION/ETC | |
| 3 | Name of Employer<br>Reuters America Inc | Address<br>3 Times Square New York | HIRE DATE Nov 2000 | |
| | Your Position<br>Sr Architect | Description of Duties<br>Financial Architecture Practice, Tibco, Messaging<br>Large Solutions, POC, Project Management,<br>Design and Client & Staff Mgt, | DATE LEFT May 2003 | |
| | | | STARTING BASE SALARY<br>$160,000 per year | |
| | Supervisor's Name & Title<br>Nochum Klein, Director | Supervisor's Telephone Number<br>646-223-4662 | CURRENT/LAST BASE SALARY<br>$160,000 per year | |
| | Reason for Leaving<br>Group Reorganization and downsizing | | OVERTIME/BONUS/COMMISSION/ETC<br>Bonus (10-20%) + Stock Options + benefits | |
| 4 | Name of Employer<br>Agency.com | Address<br>New York | HIRE DATE April 200 | |
| | Your Position<br>Sr Technical Director | Description of Duties<br>Solutions Design Proposal, Client, Project & Staff Mgt,<br>Architecture, Development | DATE LEFT Oct 2000 | |
| | | | STARTING BASE SALARY<br>$135,000 per year | |
| | Supervisor's Name & Title<br>Ritesh Patel ,VP | Supervisor's Telephone Number<br>Not in Company | CURRENT/LAST BASE SALARY<br>$145,000 per year | |
| | Reason for Leaving<br>Downturn in Client's Business | | OVERTIME/BONUS/COMMISSION/ETC<br>$8000 + Stock Options + Benefits | |

Revised 11/03

| 5 | Name of Employer<br>iXL inc | Address<br>New York | HIRE DATE | March 1999 |
| | | | DATE LEFT | March 2000 |
| | Your Position<br>Sr Architect/Engineer | Description of Duties<br>Requirements, Solutions , Architecture, Develepment,<br>Project Management, Strategy consulting | STARTING BASE SALARY<br>$125,000  per year | |
| | | | CURRENT/LAST BASE SALARY<br>$125,000  per year | |
| | Supervisor's Name & Title<br>VP | Supervisor's Telephone Number<br>Not in Company | OVERTIME/BONUS/COMMISSION/ETC<br>$15,000 + Stock Options + Benefits | |
| | Reason for Leaving   Contract Complete | | | |

| 6 | Name of Employer<br>BroadVision | Address<br>New York | HIRE DATE | April 1998 |
| | | | DATE LEFT | Feb 1999 |
| | Your Position<br>Sr Consultant | Description of Duties<br>BroadVision Design and Implementation, Project<br>& Client Management | STARTING BASE SALARY<br>$90,000 /year | |
| | | | CURRENT/LAST BASE SALARY<br>$105,000 /year | |
| | Supervisor's Name & Title<br>Rob Dunn, Sr Manager | Supervisor's Telephone Number<br>Not in Company | OVERTIME/BONUS/COMMISSION/ETC<br>Stock Options + benefits | |
| | Reason for Leaving<br>Did not want to Relocate | | | |

| 7 | Name of Employer<br>Merck-Medco Managed Care | Address<br>Montvale, NJ | HIRE DATE | April 1993 |
| | | | DATE LEFT | Mar 1998 |
| | Your Position<br>Applications Architect | Description of Duties<br>Pharmacy Bus Requirements, Analysis, Systems<br>Architecture, Design and Development,PM | STARTING BASE SALARY<br>$60,000 /year | |
| | | | CURRENT/LAST BASE SALARY<br>$80,000 /year | |
| | Supervisor's Name & Title | Supervisor's Telephone Number | OVERTIME/BONUS/COMMISSION/ETC<br>Bonus (10-20%) + Stock Options + benefits | |
| | Reason for Leaving<br>Seeked Internet Opportunites | | | |

| 8 | Name of Employer<br>CBSI | Address<br>Farmington Hills.  Michigan | HIRE DATE | July 1988 |
| | | | DATE LEFT | March 1991 |
| | Your Position<br>Sr Software Engineer | Description of Duties<br>Client Systems Design and Development | $40,000 /year | |
| | Supervisor's Name & Title | Supervisor's Telephone Number | CURRENT/LAST BASE SALARY<br>$55,000 /year | |
| | Reason for Leaving<br>Different Opportunities | | OVERTIME/BONUS/COMMISSION/ETC<br>Bonus (10-20%)+ Benefits | |

# GUY CARPENTER

Guy Carpenter & Company, Inc.
One Madison Avenue
New York, NY 10010-3658
917 937 3000 Fax 917 937 3500

July 9, 2004

Deivasigamani Guruswamy
136 Elm Street
Cresskill, New Jersey 07626

**Subject: Offer of Employment**

Dear Deivasigamani:

I am pleased to confirm our offer of employment as a Senior Systems Architect in the IT Department of Guy Carpenter. This position is located at our 121 River Street, Hoboken, NJ facility reporting to Arthur Fuege.

Your Assistant Vice President officer title will become effective on your first day of employment.

Your salary will be paid semi-monthly at an annual rate of $110,000 and your position is in our salary grade E. You are entitled to three (3) weeks of vacation annually, which will be prorated for 2004 based on your start date and in accordance with our corporate policy.

As an officer of the company, you are eligible for bonus consideration. All bonus awards will be dependent upon your performance and performance of the Company. Bonus awards are normally paid on or about March 1 of the year following the one in which they are earned, assuming you remain continuously employed by the Company through the date of the bonus payment. Our current practice is to pay a portion of the annual bonus in the form of Stock Bonus Units ("SBUs"). Presently, bonus recipients receive one half (1/2) of the amount of their bonus in excess of fifty thousand dollars ($50,000) in SBUs and the balance in cash. The SBU portion of your bonus will be determined on this basis. The number of SBUs you will receive is based upon the average of the high and low selling price of MMC common stock as traded on the New York Stock Exchange on the day immediately preceding the grant date. SBUs generally cliff vest three (3) years after the date of the grant or upon retirement, whichever comes first. You will receive dividend equivalent payments during the time the shares are unvested.

I invite you to visit our benefits website (www.mmcpeoplelink.com) for a review of our benefit programs. The website also describes your qualified plan rollover options. More details will be available on your first day.

During the term of your employment with the Company and thereafter, you will treat as strictly confidential all knowledge and information related to all aspects of the Company's business, received directly or indirectly by you. Other than in the regular course of performing those

# GUY CARPENTER

duties, you shall not use, disclose, publish, or otherwise make accessible to anyone, such knowledge or information.

Regardless of anything to the contrary in this letter, your employment with the Company is "at will" in that it can be terminated with or without cause, and with or without notice, at any time, at the option of either the Company or yourself, except as otherwise provided by law. The terms of this offer letter, therefore, do not and are not intended to create either an express or implied contract of employment with the Company. This letter supersedes all prior agreements and understandings, oral or written, between us.

In accepting our offer of employment, you are representing that you are not a party to any agreement with a prior or current employer which purports to restrict in any way your ability to engage in the insurance or reinsurance business. Please note that all offers of employment are contingent upon the results of routine reference and background checks, and the submission of proper authorization to work in the United States.

As a condition of your employment, you are required to sign the enclosed Confidentiality and Ownership Rights Agreement. Moreover, you hereby agree that your employment constitutes sufficient consideration for your execution of that agreement.

**You will not be able to begin work until we have satisfactorily completed your background check. In addition, you will be required to provide verification of your previous salary with a recent pay stub.**

Your start date will be on July 19, 2004. On your first day, please arrive at 9:00 a.m. at the auditorium on the 10th floor of 1166 Avenue of the Americas for a Company Information Session, which will provide a brief overview of the Company and more details about the Company benefits program, as well as the opportunity to complete new hire paperwork. At that time, please also provide us with any necessary documents as described in the new hire packet under separate cover, including a copy of your previous pay stub.

We are all very enthusiastic about your joining the IT group. Please acknowledge your agreement with the terms of this letter by signing and dating the enclosed copy and returning it to me by July 12, 2004. I will also need your signed Post Offer Supplement Form, Non-Solicit Agreement and Confidentiality and Ownership Rights Agreement to process your background check. If you would like to initially send these documents via fax, you can send them to (917) 937-3789, however, I will also need the originals.

# GUY CARPENTER

Should you need any additional information or have any questions, please do not hesitate to call me at (917) 937-3289.

Sincerely,

Sarah Kurek
Assistant Vice President
Human Resources

cc: Arthur Feuge
    Paul Fox
    Victor Vaz

Accepted and Agreed:

_____     07/10/04.

Signature                  Date

Mr. Mani Guruswamy
136 Elm Street
Cresskill, NJ 07626

Dear Mani:

I am pleased to confirm our offer of the position of Senior Consultant, reporting directly to Yigal Oren, Director, Reuters Consulting, on a mutually agreeable start date. In this position, you will be based at 33 Whitehall Street, NYC. This offer is contingent upon the satisfactory results of our background check.

Your salary will be at the rate of $6,153.85 bi-weekly. On an annualized basis, this would be equal to $160,000.00. You will be eligible to participate in the Company's 2000 Performance Bonus Plan up to a maximum of 20% of your base salary with a ten (10%) percent bonus guarantee. The bonus will be pro-rated for the year 2000 based on your start date and will be based on meeting personal objectives set by you and your manager. You will also be eligible to participate in the Reuters 2001 Performance Bonus Plan based on performance and revenue objectives being met. Your manager will provide further details of this program when you start.

In addition, you will receive a one-time bonus of $15,000.00, less applicable taxes, upon the commencement of your employment. Your bonus will be repayable to Reuters in full should you voluntarily terminate your employment or if Reuters terminates your employment for cause within one year of your start date, and 50% repayable to Reuters should you voluntarily terminate your employment or if Reuters terminates your employment for cause within two years of your start date. Appropriate tax treatment, as determined by Reuters, will apply. By accepting this payment, you acknowledge that any monies due to Reuters will be payable in full by you no later than your last day of employment.

The first 90 days of employment will be considered an introductory period according to Company policy. Check your copy of the Terms & Conditions of Employment included in your offer packet for further details.

In accordance with the Immigration Reform and Control Act, we are required to verify that you are legally entitled to work in the United States. You must complete Section 1 on the attached Form I-9 and present it with original documents establishing identity and employment eligibility. These documents are to be presented on your first day of employment to Sandra Rush, Human Resources Coordinator. See the back of the I-9 form regarding employment verification documents that are acceptable under INS regulations. Failure to present the appropriate document(s) on your start date will make you ineligible for employment with the Company. If you anticipate any difficulties in this regard, please contact Sandy Rush, Human Resources Coordinator, at (212) 593-5547 as soon as possible so that alternate arrangements can be explored.

I am enclosing two copies of General Conditions of Employment which detail conditions and benefits to which you are entitled. Kindly sign one copy as your acceptance of this letter and return it to the Reuters e-HR Center as instructed below.

M. Guruswamy
Page 2

You are eligible to participate in various benefits available through the Reuters Benefits Plan. Please review the enclosed benefits summary for details on the health, flexible spending account, life and long term disability plans. If you elect health care coverage, you will share in the cost for that coverage with Reuters. Health, life, and long term disability coverage, as well as flexible spending account contributions, begin one month after your first day of employment.

[Please note that although coverage does not take effect until one month after your employment start date, your enrollment forms MUST be completed and returned to the e-HR Center within 31 days of your start date. Failure to submit these forms will prevent you from obtaining coverage until the next Open Enrollment.]

You will be eligible to make 401(k) (before-tax) contributions to the pension plan beginning one month after your first day of work. Enclosed is information on the plan and a designation of beneficiary form. After approximately one month from your date of hire, you will receive a PIN (Personal Identification Number) from Putnam Investments. This PIN will enable you to access the Voice Response Unit in order for you to electronically enroll in the Reuters 401(k)/Pension Plan. You will be eligible to begin to receive a Company Contribution in the pension plan at the end of the calendar year after the year in which you have completed six months of service.

To facilitate payroll processing and prevent paycheck delays, we require that you forward the following documentation to the REUTERS e-HR CENTER, Reuters America Inc., 104 Parkway Drive South, Hauppauge, NY 11788, in the enclosed envelope as soon as possible:

A copy of your signed Social Security card (we must have this for payroll). If you do not have your social security card, you must apply for another copy -- in this case, we will accept the receipt from the Social Security Administration until you get a new card;
A signed copy of the General Conditions of Employment;
The signed Acknowledgement of Receipt of the Reuters Code of Conduct & Electronic Communications Code;
Your completed Payroll and Benefits forms;
Your completed Reuters Employee Profile; and
A picture for your photo ID card.

We look forward to your joining Reuters America. Please feel free to contact me at (212) 593-5532 if you would like to review or have any questions regarding any of the above.

Sincerely,


Michele DiPetto
Consultant, Human Resources

cc:     B. Nissan
Y. Oren
        J. Halliday

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 2458 |
|-----|------|-------|-------|----------|------|
| RAA | 015251 | | XOOOO | 0000031148 | 1 |

MN01A7CE70

*REUTERS AMERICA, INC.*
*PAYROLL ACCOUNT*
*1700 BROADWAY*
*NEW YORK, NY 10019*

# Earnings Statement



Period Ending: 01/26/2001
Pay Date: 01/19/2001

Social Security Number: 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
Taxable Marital Status:
   Federal:    Married
Exemptions/Allowances:
   Federal:    0

**DEIVASIGAMANI GURUSWAMY**
**136 ELM STREET**
**CRESSKILL NJ   07626-0000**

| **Earnings** | rate | hours | this period | year to date |
|--------------|------|-------|-------------|--------------|
| Regular | 6153.85 | 70.00 | 6,153.85 | 12,307.70 |
| **Gross Pay** | | | **$6,153.85** | 12,307.70 |

| **Deductions** | **Statutory** | | |
|----------------|---------------|--|--|
| | Federal Income Tax | -1,490.30 | 2,980.60 |
| | Social Security Tax | -380.38 | 760.75 |
| | Medicare Tax | -88.96 | 177.92 |
| | NY State Income Tax | -414.19 | 828.38 |
| | **Other** | | |
| | Checking 1 | -3,750.02 | |
| | Transit | -30.00* | 60.00 |
| | **Net Pay** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|--|-------------|---------------|
| G.T.L. | 11.22 | 22.44 |

**Additional Tax Withholding Information**
Taxable Marital Status:
   NY:        Single
Exemptions/Allowances:
   NY:        0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$6,123.85

© 1991 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

REUTERS AMERICA, INC.
PAYROLL ACCOUNT
1700 BROADWAY
NEW YORK, NY 10019

Advice number: **0000031148**
Pay date: 01/19/2001

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **DEIVASIGAMANI GURUSWAMY** | 6159002867 | 0212 0138 | $3,750.02 |

# NON-NEGOTIABLE

TECHNOSPHERE INC.
455 NORTH WASHINGTON AVENUE
BERGENFIELD, NJ 07621

6830

55-2010/212

PAY TO THE
ORDER OF ___ Smartbody Inc ___

6/3/2004

$**14,960.00**

Fourteen thousand nine hundred ************************************ DOLLARS

SUMMIT BANK
1 CEDAR LANE & PALISADE AVE.
TEANECK, NJ 07666

VOID AFTER 90 DAYS

MEMO _____

⑈006830⑈ ⑆021200104⑈ 07626⑈

"000⑈⑈4960000⑈"

36454F-1092327

EMPLOYER LEVEL DISCLAIMER

**SSV:** Former Electronic Data Systems (EDS) employees may have previous work history information available under EDS's employer code 11123.

**VOE:** Former Electronic Data Systems (EDS) employees may have previous work history information available under EDS's employer code 11123.

**VOI:** Former Electronic Data Systems (EDS) employees may have previous work history information available under EDS's employer code 11123.

**Employer Name:**
Marsh & McLennan Companies 10799

**Employer Code:** 10799

**Employer Address:**
1166 Avenue of Americas
New York, NY, 10036

**Information Current as of:**
12/31/2006

**Employment Status:**
No Longer Employed

**Employee Name:**
Deivasigamani Guruswamy Guy Carpen

**Division:**

**Most Recent Start Date:** 07/19/2004

**Date of Termination:** 07/19/2004

**Total Time With Employer:**
1 Year , 9 Months

**Job Title:**
Sr. Systems Architect

**Original Hire Date:** 04/20/2006

**Rate of Pay:** $112,000.00 Annual 35

**Average Hours per pay period:**

| Year | Base Pay | Overtime | Commission | Bonuses | Other Income | Total Pay |
|---|---|---|---|---|---|---|
| 2006 | $36,471.82 | | | | $28,000.01 | $64,471.83 |
| 2005 | $111,500.04 | | | | | $111,500.04 |
| 2004 | $49,999.96 | | | | | $49,999.96 |

**Employee Address:**
136 Elm Street
Cresskill, NJ, 07626

**Employee Phone Number:**
(201) 541-7596

**Date of Birth:**
11/07/1964

**INCOME AND DEDUCTIONS**

**Average Hours Per Pay Period:** 35

**Pay Cycle:**
Semi Monthly

Page 3 of 9

# PAY PERIOD DETAIL 07/15/2006

## Income

Total Gross Earnings: $4,666.67

## HISTORICAL PAY PERIOD SUMMARY

| Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|
| 07/15/2006 | 07/14/2006 | | $4,666.67 | |
| 06/30/2006 | 06/30/2006 | | $4,666.67 | |
| 06/15/2006 | 06/15/2006 | | $4,666.67 | |
| 04/30/2006 | 04/28/2006 | | $4,666.67 | |
| 04/15/2006 | 04/13/2006 | | $4,505.71 | |
| 03/31/2006 | 03/30/2006 | 70 | $4,666.67 | |
| 03/15/2006 | 03/15/2006 | 84 | $4,666.67 | |
| 02/28/2006 | 02/28/2006 | 77 | $4,666.67 | |
| 02/15/2006 | 02/15/2006 | 63 | $4,666.67 | |
| 01/31/2006 | 01/30/2006 | 77 | $4,666.67 | |
| 01/15/2006 | 01/13/2006 | 84 | $4,666.67 | |
| 12/31/2005 | 12/30/2005 | 70 | $4,666.67 | |
| 12/15/2005 | 12/15/2005 | 77 | $4,666.67 | |
| 11/30/2005 | 11/30/2005 | 77 | $4,666.67 | |
| 11/15/2005 | 11/15/2005 | 77 | $4,666.67 | |
| 10/31/2005 | 10/28/2005 | 77 | $4,666.67 | |
| 10/15/2005 | 10/14/2005 | 70 | $4,666.67 | |
| 09/30/2005 | 09/30/2005 | 77 | $4,666.67 | |
| 09/15/2005 | 09/15/2005 | 77 | $4,666.67 | |
| 08/31/2005 | 08/30/2005 | 84 | $4,666.67 | |
| 08/15/2005 | 08/15/2005 | 77 | $4,666.67 | |
| 07/31/2005 | 07/29/2005 | 70 | $4,666.67 | |
| 07/15/2005 | 07/15/2005 | 77 | $4,666.67 | |
| 06/30/2005 | 06/30/2005 | 77 | $4,666.67 | |
| 06/15/2005 | 06/15/2005 | 77 | $4,666.67 | |

| Date | Date | | |
|---|---|---|---|
| 05/31/2005 | 05/27/2005 | 84 | $4,666.67 |
| 05/15/2005 | 05/13/2005 | 70 | $4,666.67 |
| 04/30/2005 | 04/29/2005 | 70 | $4,666.67 |
| 04/15/2005 | 04/15/2005 | 77 | $4,666.67 |
| 03/31/2005 | 03/30/2005 | 84 | $4,583.33 |
| 03/15/2005 | 03/15/2005 | 77 | $4,583.33 |
| 02/28/2005 | 02/28/2005 | 63 | $4,583.33 |
| 02/15/2005 | 02/15/2005 | 77 | $4,583.33 |
| 01/31/2005 | 01/28/2005 | 77 | $4,583.33 |
| 01/15/2005 | 01/14/2005 | 70 | $4,583.33 |
| 12/15/2004 | 12/15/2004 | 77 | $4,583.33 |
| 11/30/2004 | 11/30/2004 | 77 | $4,583.33 |
| 11/15/2004 | 11/15/2004 | 77 | $4,583.33 |
| 10/31/2004 | 10/29/2004 | 70 | $4,583.33 |
| 10/15/2004 | 10/15/2004 | 77 | $4,583.33 |
| 09/30/2004 | 09/30/2004 | 77 | $4,583.33 |
| 09/15/2004 | 09/15/2004 | 77 | $4,583.33 |
| 08/31/2004 | 08/30/2004 | 84 | $4,583.33 |
| 08/15/2004 | 08/13/2004 | 70 | $4,583.33 |
| 07/31/2004 | 07/30/2004 | 70 | $4,166.66 |

**EMPLOYER LEVEL DISCLAIMER**

**SSV:** Pay period data does not include off-cycle payments or adjustments reflected in gross earnings for the current year.

**VOI:** All dollar amounts are shown in U.S. dollars. Bonus amounts displayed exclude any voluntary or mandatory deferrals.

<table>
<tr><td>NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT UNEMPLOYMENT INSURANCE OFFICE<br>25 HOWE AVE<br>PASSAIC, NJ 07055<br>Telephone No.: (973) 916-2631<br>FAX No.: (973) 574-8920</td><td>DATE OF MAILING<br>07/24/2006</td><td>SOCIAL SECURITY NO.<br>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</td><td>PC<br>10</td><td>DATE OF CLAIM<br>07/16/2006</td></tr>
</table>

FACT-FINDING QUESTIONNAIRE FOR VOLUNTARY LEAVING

612
DEIVASIGAMANI GURUSWAMY
136 ELM STREET
CRESSKILL NJ 07626

You are directed to participate in a telephone fact-finding interview to determine eligibility for benefits. The interview will be held on:

Day: Monday          Date: 08-07-2006          Time: 11:20am (EASTERN)

You may not be called exactly at the time shown above. Please be available for two hours after the listed time. If you are not available, a determination will be made based on existing information. In addition, your failure to be available for the interview is a failure to report as directed and may result in a denial of benefits.

Please complete questions 1 through 14 below and be prepared to provide the information during the fact-finding interview. Please read the reverse side of this form for your rights and other important information.

1. Separating Employer: Name of Company: **GUY CARPENTER & Co**
   Address: **121 River St  Hoboken, NJ**
   Phone Number: **201-284-5600**

2. First day worked: Month: **July** Day: **21** Year: **2004**
   Last day worked: Month: **April** Day: **20** Year: **2006**
   Resignation Date: Month: **April** Day: **~~06~~ 07** Year: **2006**

3. What was your rate of pay? **$2154** per hour/day/week (circle one)

4. What hours and days did you normally work: From **9:00** AM/PM To **6:30** AM/PM Days: From **Mon** To **Fri**

5. What kind of work did you do? **IT Strategy, New System Architecture, Evaluation, Enterprise Appli. Int**

6. Why did you leave your job? (Please write ALL reasons in detail) **opt Take severance or sign an agreement review (3 mos) where performance as expected when termination can be immediate without severance; HR suggested I take severance**

7. Did you notify your employer that you were leaving? ☑ Yes ☐ No If yes, by what method? (In person, letter, phone, etc.) **In person** Date **April 07, 2006**

8. Did you try to preserve your job by discussing your reasons for leaving with the employer beforehand? ☑ Yes ☐ No
   If yes, with whom? **Arthur Furge Mgr / Sarah Kurek** Date **April 06/07, 2006**

9. Were there any change in your duties, work location, hours, pay or safety which caused you to leave? ☑ Yes ☐ No
   If yes, explain in item 12.

10. If your leaving was due to health reasons:
    a. What was the nature of the health problem?
    b. Was your illness or injury caused by or made worse by the job? ☐ Yes ☐ No If yes explain in item 12
    c. Do you have a doctor's statement showing that the health problem was related to the job? ☐ Yes ☐ No

11. Did your employer take any actions to encourage you to leave the job? ☑ Yes ☐ No If yes explain in item 12.

12. Please write any facts or details not given above that might explain why you left your job. (Attach additional sheets, if necessary.) **Took the new role in development without training & was told on April 06 that I took more time and taking option 2 (review agreement) that ~~my job~~ would be termin.**

13. Have you moved in the last year? ☐ Yes ☑ No If yes, what date? _____

14. During the period for which I am claiming benefits, I was ready, willing, able and available for work and actively seeking work. ☑ Yes ☐ No

*Exhibit 11-2.*

Attachment 8



**Appeal Tribunal**
PO Box 936
Trenton, NJ 08625-0936

DEIVASIGAMANI GURUSWAMY
136 ELM STREET
CRESSKILL NJ 07626

Docket #: 123,431
SS #: 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
LO # : 913     PC : 10
Date of Claim: 7/16/2006
Appeal Date: 8/21/2006
Date Hearing Notice Mailed : 09/07/2006

## Notice of Telephone Hearing

**IN THE MATTER OF: DEIVASIGAMANI GURUSWAMY**

The Issue(s) involved are:

VOLUNTARY LEAVING

**IMPORTANT:** <u>YOU MUST CALL</u> THE OFFICE OF APPEALS ON THE DATE OF HEARING (SHOWN BELOW) ABOUT 15 TO 30 MINUTES BEFORE THE HEARING TIME. COLLECT CALLS WILL BE ACCEPTED. GIVE YOUR NAME, AREA CODE AND TELEPHONE NUMBER. At the time of hearing, remain by the phone and keep the line clear. The Appeals Examiner will call you back when ready for the hearing. The Appeal Tribunal may not be able to call at the exact time set, so please remain near your phone for at least 30 minutes after the scheduled time. The Appeals Examiner will place only one call back to each hearing participant.

Appeals Examiner: CATHERINE SABO

**Telephone # : (973) 916-2659**     **Fax # : (973) 916-2664**

The hearing will be conducted on a speakerphone over long distance telephone lines. The hearing will be recorded. The hearing will not be postponed unless compelling cause is provided by immediate request to the above-named Appeals Examiner and such request is received **prior to the hearing date**.

**Hearing Date:** 09/18/2006     **Hearing Time:** 9:30 am **Eastern Time**

## Read the reverse side of this form for additional information concerning the appeal procedure.

While you are waiting for a decision on this appeal, and as long as you are unemployed and seeking benefits, you <u>must</u> continue to claim your continued weeks of unemployment benefits <u>every two weeks</u>. You can claim benefits over the internet at www.njuifile.net or by calling the telephone number listed on the claim form that is attached to your benefit check. <u>If you do not claim benefits every two weeks, you may lose your benefits even if the Appeal Tribunal decides this appeal in your favor.</u> You may also lose your benefits if you do not come to the One-Stop Career Center in person when the Division schedules you for an appointment.

**ANY DOCUMENTS THAT YOU WANT THE APPEAL TRIBUNAL TO CONSIDER AT THE HEARING MUST BE MAILED IMMEDIATELY TO THIS ADDRESS:**

AT PASSAIC
25 HOWE AVENUE
Passaic NJ 07055

CC:
HACKENSACK UI
DEIVASIGAMANI GURUSWAMY          GUY CARPENTER & COMPANY          GUY CARPENTER & CO INC



## Appeal Tribunal
PO Box 936
Trenton, NJ 08625-0936

DEIVASIGAMANI GURUSWAMY
136 ELM STREET
CRESSKILL NJ 07626

**Docket #:** 123,431

**SS #:** 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

**LO # :** 913     **PC :** 10

**Date of Claim:** 7/16/2006

**Appellant :** EMPLOYER

**Mailing Date :** 08/31/2006

# NOTICE OF RECEIPT OF APPEAL

**IN THE MATTER OF: DEIVASIGAMANI GURUSWAMY**

The appellant's communication has been received and is under consideration by the Appeal Tribunal as an appeal from an agency determination.

All interested parties will be advised of whatever action is taken in this matter at the earliest possible date.

Very truly yours,

**Appeal Tribunal**

**NOTE TO THE CLAIMANT:** While you are waiting for a decision on this appeal, and as long as you are unemployed and seeking benefits, you <u>must</u> continue to claim your continued weeks of unemployment benefits <u>every two weeks</u>. You can claim benefits over the internet at www.njuifile.net or by calling the telephone number listed on the claim form that is attached to your benefit check. **If you do not claim benefits every two weeks, you may lose your benefits even if the Appeal Tribunal decides this appeal in your favor**. You may also lose your benefits if you do not come to the in person when the Division schedules you for an appointment.

**PLEASE NOTIFY THE APPEAL TRIBUNAL, IN WRITING, AT THE ADDRESS ABOVE IF YOU:** 1) change your mailing address, 2) plan on bringing legal or other representation to the hearing, or 3) require subpoenas.

**NOTE TO EMPLOYER:** If you plan on bringing legal or other representation to the hearing, please notify the Appeal Tribunal, in writing, at the above address.

**IMPORTANT:** All correspondence should include the claimant's social security number and/or the docket number listed above.

*EXHIBIT-D.*

*Attachment 7*

**Deivasigamani.Guruswamy@guycarp.com** wrote:

**Deivasigamani Guruswamy**
08/23/2005 01:04 PM

To:    Paul A Fox/SEA/GUYCARP@GUYCARP
cc:
Subject:   Re: Presentation

Paul,

After the IT conference, I have interest to present to you on some concepts and ideas on Technology Integration and Process Management and its relevance to IT Architecture, Technology and business processes and projects.  The presentation I am thinking about is on the following topics

- Technology S curves and Technology/project selections
- Architecture/Application Life Cycles to Business Solutions
- Enterprise Architecture Strategy to Business requirements
- B2B , BPM Models
- Strengths and capabilities
- Management Track

This would be  fairly a high level presentation and if it is of interest and value to GC, then I could drill to more details for future presentations to  projects and architecture.

Please let me know if this will be of interest to you.  I would then validate this with Arthur.

regards,
Mani Guruswamy

**Paul A Fox**
08/22/2005 09:37 AM

To:    Deivasigamani Guruswamy/NYC/GUYCARP@GUYCARP
cc:
Subject:   Presentation

Manny,
I see on my calendar that you have setup a time for you to review a presentation with me.  While I'm open to discuss ideas with anyone, it sounds like you are presenting something fairly detailed.  It would be inappropriate for me to entertain a full proposal on some change or recommendation about the IT organization without you having reviewed with Arthur.  I would then want him involved in the presentation.

Since I do not know any of the details, I would ask you to discuss with Arthur and validate your time can be spent on this task and that it is something Arthur would support.

Regards,

# Mani Guruswamy

| | |
|---|---|
| **From:** | Maureen Rowley [mrowley@ccncorp.com] |
| **Sent:** | Tuesday, September 09, 2008 11:31 AM |
| **To:** | manigd@optonline.net |
| **Subject:** | RE: Chief Architect Position |

Jocelyn from CCN just left you a message.  What number can she reach on?

Best regards,

*Maureen Rowley/CCN, Inc.*
**Account Recruiting Manager**
**404 Park Ave. South, 2nd floor**
**New York, NY 10016**
**Phone: (212) 225-9727**
mrowley@ccncorp.com
www.ccncorp.com

**Technology Recruiting and Staffing Solutions**

*Click here to visit our new Career Portal*

-----Original Message-----
**From:** Mani Guruswamy manigd@optonline.net
**To:** "'Maureen Rowley'" ;
**Sent:** Sep 9, 2008 10:56:38 AM
**Subject:** RE: Chief Architect Position

Maureen,

As per our conversation yesterday, can you send the name and contact of the Manager reviewing the resumes for CIO at Guy Carpenter?

Thanks
Mani

**From:** Mani Guruswamy [mailto:manigd@optonline.com]
**Sent:** Friday, September 05, 2008 11:06 AM
**To:** 'Maureen Rowley'
**Subject:** RE: Chief Architect Position

Maureen,

I was going to call you on this.  Could  you also please  check if my resume was seen by the CIO ?
Also if you could let me know the  CIO admin name or contact number I could check next week?  It will only enhance my
situation if I could speak to the admin.

Thanks
Mani

**From:** Maureen Rowley [mailto:mrowley@ccncorp.com]
**Sent:** Friday, September 05, 2008 10:41 AM
**To:** manigd@optonline.net
**Subject:** RE: Chief Architect Position

Guy Carpenter has not responded on your resume yet. They told us they are currently pursuing another candidate, and they would let us know soon if they want to see more people. I will keep you posted.

Best regards,



**Account Recruiting Manager**
**404 Park Ave. South, 2nd floor**
**New York, NY 10016**
**Phone: (212) 225-9727**
mrowley@ccncorp.com
www.ccncorp.com

**Technology Recruiting and Staffing Solutions**

-----Original Message-----
**From:** Mani Guruswamy manigd@optonline.net
**To:** "mrowley@ccncorp.com" ;
**Sent:** Aug 28, 2008 03:09:27 PM
**Subject:** RE: Chief Architect Position

Hi Maureen,

As per our telephone conversation, I have attached my resume for Guy Carpenter. Let's discuss and see how we can proceed on this.

Thanks
Mani Guruswamy

**From:** Monster [mailto:anonredir@route.monster.com]
**Sent:** Tuesday, August 26, 2008 4:52 PM
**To:** manigd@optonline.net
**Subject:** Chief Architect Position

I saw your resume on the Internet. I have a position in Hoboken, NJ for a Chief Enterprise Architect. If you are interested, please send your resume and salary requirements to my email for review.

Chief Architect will report to the Chief Information Officer and formulate the technical direction for the organization's on-going strategic investments. ☒Works closely with the business and Technology groups to set direction, vision, and strategic objectives of the firm.

Leadership ability to think strategically. Ability to create and promote guiding development principles, and influence application developers in their ability to create technically sound solutions.

## Essential Duties and Responsibilities:

- Thought Leader keeping up to date with emerging technologies and researches new technologies to assist in establishing the architectural vision of the organization.
- Establish architectural direction
- Provides direction on technology, standards, and practices to project teams to ensure architecture compliance
- Works with technical team to improve their understanding of technical or architectural issues.
- Highest level technical knowledge of all phases of application systems and analysis and programming.
- Understanding of the business perspective to enhance and meet evolving business needs.
- Serves as the chief knowledge officer in mentoring, establishing, and leading of technical talent

## Skills and Abilities:

- Experience as a chief systems architect, chief engineer or an executive systems/enterprise architect

- Minimum of 15 years of experience in the Information Technology industry with at least 10 years of systems analysis and design.

- Demonstrated experience in managing a team of senior architects.

- Experience in the leadership and design of complex systems
- Highest level technical knowledge of all phases of application systems and analysis and programming.
- Strong project planning, budgeting and estimating skills.
- Ability to think strategically, balancing long and short-term priorities
- Excellent oral and written communication skill

## Education:

- MS in Computer Science preferred, BS required in engineering or related fields

Best regards,

*Maureen Rowley, CCN, Inc.*
**Account Recruiting Manager**
**404 Park Ave. South, 2nd floor**
**New York, NY 10016**
**Phone: (212) 225-9727**
mrowley@ccncorp.com
www.ccncorp.com

*Technology Recruiting and Staffing Solutions*

Chief Architect - Guy Carpenter & Company, LLC - Information Technology - Hoboken,
NJ-HOB000Y7
New Jersey
Job Posting:Dec 1, 2008-Job Number HOB000Y7

Description

### Strategy & Planning

- In partnership with company's senior mgmt, identify opportunities and risks for delivering the company's technology services, including identification of competitive services, opportunities for innovation, and assessment of marketplace obstacles and technical hurdles to the business success.

- Identify technology trends and evolving social behavior that may support or impede the success of the business.

- Evaluate and identify appropriate technology platforms (including web application frameworks and the deployment stack) for delivering the company's services.

- Lead strategic planning to achieve business goals by identifying and prioritizing development initiatives and setting timetables for the evaluation, development, and deployment of all web-based services.

- Participate as a member of the senior management team in establishing governance processes of direction and control to ensure that objectives are achieved, risks are managed appropriately and the organization's resources are used responsibly, particularly in the areas of software delivery.

- Collaborate with the appropriate departments to assess and recommend technologies that support company organizational needs.

- Establish a governance process that meets government, partner, and company expectations for customer information privacy.

- Communicate the company's technology strategy to investors, management, staff, partners, customers, and stakeholders.

### Implementation & Deployment

- Select or define the company's software development methodology.

- Help to establish a specification conformance and testing regimen based on user stories and the User Experience design.

- Promulgate coding conventions and documentation standards.

- Review current best practices for the selected framework and establish the initial

- University degree in the field of computer science, business administration, or another rigorous discipline. An advanced degree in one these fields is a plus.

**Knowledge & Experience**

- Demonstrated ability to envision solutions that meet consumer needs or solve business problems.

- Hands-on experience coding in more than one currently popular coding language.

- Familiar with more than one software development methodology.

- Exposure to business theory, business process development, governance processes, management, budgeting, and administrative operations.

**Personal Attributes**

- Proven leadership ability.

- Ability to set and manage priorities judiciously.

- Excellent written and oral communication skills.

- Excellent interpersonal skills.

- Ability to articulate ideas to both technical and non-technical audiences.

- Exceptionally self-motivated and directed.

- Keen attention to detail.

- Superior analytical, evaluative, and problem-solving abilities.

- Exceptional service orientation.

- Ability to motivate in a team-oriented, collaborative environment.

Job Information Technology/Software Development

Primary LocationNew Jersey

Schedule Full-time

Education Level Bachelor's Degree (±16 years)

MMC and its Affiliates are equal opportunity employers

architecture for the application.

- Select and manage company staff or outsourced vendors who will implement the application.

- Conduct code reviews and specification conformance testing as defined by the selected software development methodology.

- Select, deploy, and monitor performance profiling tools and procedures.

- Review and approve proposed development releases and manage the release process.

- Help to establish an application deployment process and supervise deployment to staging and production servers.

## Operational Management

- Maintain up-to-date knowledge of technology standards, industry trends, emerging technologies, and software development best practices by attending relevant conferences and reading widely

- Define and communicate company values and standards for acquiring or developing systems, equipment, or software within the company.

- Ensure that technology standards and best practices are maintained across the organization.

- Share knowledge, mentor, and educate the organization's management, staff, partners, customers, and stakeholders with regard to the company's technological vision, opportunities, and challenges.

- Supervise recruitment, training, retention, and organization of all development staff in accordance with the company hiring process, personnel policies, and budget requirements.

- Establish standards of performance and monitor conformance for staff (through performance review) and vendors (through service level agreements).

- Ensure the company's internal technological processes and customer-facing services comply with community expectations and applicable laws and regulations for privacy, security, and social responsibility.

- Promote achievement of the company's business goals within a context of community collaboration by developing policies for sharing software code, technological innovation, business processes, and other intellectual property.

Qualifications

## Formal Education & Certification



The Trustees of the

Stevens Institute of Technology

under the authority
vested in them by
the Legislature of the State of New Jersey
and on recommendation of the Faculty
have conferred upon

Mani Guruswamy

the degree of

Master of Technology Management

with all rights and privileges appertaining thereto.
In Witness Thereof they have caused this diploma to be
issued over the signatures of the President of the College
and the Chairman of the Board of Trustees and have affixed
thereto the corporate seal in the City of Hoboken, New Jersey.

May 24, 1998

Chairman of the Board

President



THIS IS TO CERTIFY THAT

# Mani Guruswamy

HAS BEEN FORMALLY EVALUATED FOR DEMONSTRATED EXPERIENCE,

KNOWLEDGE AND SKILLS TO LEAD AND DIRECT PROJECT TEAMS AND IS HEREBY

BESTOWED THE GLOBAL CREDENTIAL

## Project Management Professional

IN TESTIMONY WHEREOF, WE HAVE SUBSCRIBED OUR SIGNATURES UNDER THE SEAL OF THE INSTITUTE.

Eugene Bounds - Chair, Board of Directors

Gregory Balestrero, Chief Executive Officer and President

PMP® Number 1309854

PMP® Original Grant Date 04 January 2010

PMP® Expiration Date 03 January 2013










Project Management Institute

# The Birla Institute of Technology & Science

Upon the Recommendation of the Senate hereby confers on

## G. Deivasigamani

The Degree of

# Bachelor of Engineering (Honours)

In

## The Electrical & Electronics Branch

(with Practice School)

in recognition of his/her proficiency in the General and Special Studies and Exercises prescribed by the Institute and having passed the Examination in _First_ class for such Degree.

Given this _fourteenth_ day of _March_, one thousand, nine hundred and _eightyseven_ under the Seal of the Birla Institute of Technology & Science at Pilani in the State of Rajasthan, India.



DEAN

REGISTRAR

CHAIRMAN

DIRECTOR

JOSEPH A. MASSEY
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JULY 11, 1906



# Certificate of Achievement

This certifies that

*Mani Guruswamy*

has successfully completed

**BROADVISION**

Creating and Customizing Objects

Date: June 5 1998

Instructor: James Short

# CERTIFICATE OF ACHIEVEMENT

THIS IS TO CERTIFY THAT

MANI GURUSWAMY

HAS SUCCESSFULLY COMPLETED    BUILDING USER INTERFACES W/TeleUSE

INSTRUCTOR    SARAH TUMICKI

DATE    JUNE 17 thru 20, 1997




Aonix

# CERTIFICATE
## OF EXCELLENCE

This Certificate accredits that

*Mani Guruswamy*

As prescribed by Microsoft Corporation

has successfully completed the
Microsoft Official Curriculum course:

SQL MS, Implementing a DB Design #750

December 6th, 1996



Vice President, Organization Customer Unit

Microsoft Certified Trainer

Authorized Technical Education Center

**Microsoft**



To whom it may concern:                                        September 28, 1990

Guruswamy Deivasigamani worked as a Technical Consultant from February 90 to September 90 in the Office Automation Department of the MIS Group within the Systems Manufacturing Group of UNISYS Corporation.

During this period he was one of the key persons in organizing, planning, implementing and supporting the Office Automation Computer needs in work group and Ethernet Network computing, local and wide-area Electronic Mail, mainframe host communications, Word Processing, Spreadsheets, Graphics and Remote Software Support tools on the CTOS/BTOS microcomputers. The host communications were to the Unisys A-Series and the 1100 Series mainframes.

He worked efficiently in solving the technical issues in Systems and Network performance tuning and in user productivity enhancements. His user support and interaction was diligent, timely and noteworthy. He maintained a great rapport with the user community.

Mani got to see something that few developers have the opportunity to experience: real users using real products in a real environment. While this increased his abilities in the support arena it also greatly increased his sensitivities to the important issues of product development: user friendliness, installability, maintainability, reliability, etc. I feel that Mani will be much better prepared to design software systems in the future because of his experiences here.

I greatly appreciate his technical ability and professional competence and would recommend him for any technical position.

Ray Dembek
Ray Dembek
Manager Office Automation
Systems Manufacturing Group
Unisys Corp.



# Congratulations Deivasigamani

## In recognition of the fine job you did at







We enjoyed working with you and wish you the best in the future.

We will miss you!

*Mark McAbit*

*Holly Galloski*

*Diane Harris*

*Ray Dembek*

*Emily Montalvo*

*Joan Schneck*

*Rick Hoffman*