UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
DEIVASIGAMANI GURUSWAMY,                                        :
                                                                :
                        Plaintiff,                              :    ORDER
                                                                :
        -v.-                                                    :
                                                                :    13 Civ. 7598 (LTS) (GWG)
                                                                :
MARSH & MCLENNAN COMPANIES, INC et al.,:
                                                                :
                        Defendants.                             :
----------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Court has considered defendants' motion for an extension of their time to answer and plaintiff's letter of June 1, 2015, in which plaintiff opposes that request. In light of the fact that plaintiff will not be harmed by the late filing of this answer and in light of the fact that the initial conference in this case will not take place until June 22, 2015, defendants' motion to extend their time to answer to June 5, 2015 (Docket # 34) is granted.

      SO ORDERED.

Dated: June 1, 2015
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge