

**MEMO ENDORSED**

June 1, 2015



USDC SDNY
DOCUM[...]
EL[...]
DO[...]       [...]Y FILED
DATE FILED: ___6/2/15___

BY FAX 212-805-4268

The Honorable Gabriel W. Gorenstein
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Ref:  Request to postpone June 22 2015 2:15 pm pre-trial conference to July 22, 2015 2:15 pm
      **Deivasigamani Guruswamy v. Marsh & McLennan Companies, Inc./Guy Carpenter & Company,
      LLC, et al., Index No. 13-CV-07598**

Dear Judge Gabriel W. Gorenstein:

Plaintiff Deivasigamani Guruswamy respectfully submits a request for postponement of the June 22
2015 2:15 pm pre-trial conference on account of thoracic fundoplication post-surgery issues and
ongoing significant voice and throat problems.

As per my earlier April 10, 2015 dated letter the ongoing investigations for my throat and voice
problems a thoracic fundoplication surgery was performed four weeks back and the surgeon advised no
physical activities until June 30 2015 for post-surgery issues and recovery. My voice and throat
problems have not improved and the specialist ENT doctor is further diagnosing with more tests to add
new treatment for the throat pain, voice fatigue, fluids congestion and cough. As I have still significant
symptoms with my throat and voice while speaking and restriction in physical activities and as advised
from doctors I would like to postpone the first pre-trial conference to July 22, 2015 2:15 pm. Letter
from Surgeon is attached and a letter from ENT doctor could be produced if asked for.

I have contacted the Defendant Attorney associate Ms. Sarah Moss on my current voice and throat
issues and the suitability of the new date after obtaining the July 22, 2015 2:15 pm date from the deputy
clerk. Both parties on telephone conference consented with the deputy clerk on the available July 22,
2015 2:15 pm date.

I pray the Honorable Judge will grant my request to postpone. I appreciate the Court's courtesy and
consideration with respect to this request.

Thank you.

*Conference adjourned to July 22, 2015
at 3:30 p.m. Please note the time change*

SO ORDERED. DATE 6/2/15

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*G. Duvayja*

Deivasigamani Guruswamy
Plaintiff

cc: A. Michael Weber, Sarah Moss (**BY FAX** 212-832-2719)
Attachment : Letter from Surgeon



**Costas Bizekis, MD**
**NYU CT SURGERY ASSOCIATES - 9V**
530 1st Avenue, Suite 9V
New York NY 10016


May 29, 2015


Patient:        **Mr. Deivasigamani Guruswamy**


Date of Birth: **11/7/1964**
Date of Visit: **5/14/2015**


To Whom it May Concern:


Mr. Deivasigamani Guruswamy was seen in my office on 5/14/2015. He had Nissen fundoplication at NYU on 4/29/15.

Patient is still recovering from surgery and will not be able to attend conferences and will not be able to return to work until 7/1/2015.

If you should have any questions or concerns, please don't hesitate to call.


Sincerely,

Costas Bizekis, MD